IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ELIZABETH INMAN, : | |
| Plaintiff, : | |
| : | Case No. 3:10cv00181 |
| vs. : | District Judge Thomas M. Rose |
| : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, : | **DECISION AND ENTRY** |
| : | |
| Defendant. | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 12, 2011 (Doc. #14) is ADOPTED in full;

2. Defendant's Motion for Voluntary Remand (Doc. #11) is GRANTED;

3. The Administrative Law Judge's decision is VACATED, and pursuant to Sentence Four of 42 U.S.C. §405(g), this matter is REMANDED to the Social Security Administration for further proceedings; and

4. The case is terminated on the docket of this Court.

May 3, 2011                                                              *s/THOMAS M. ROSE*

                                                                                    Thomas M. Rose
                                                                              United States District Judge